UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY R. LeBLANC,

        Plaintiff,                    Case No. 1:15-cv-647

v.                                    Honorable Paul L. Maloney

JERRY J. HILLER,

        Defendant.
_____/

## JUDGMENT

In accordance with the Order issued this date,

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.

Dated:   September 3, 2015             /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                       United States District Judge